UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURETTA HENRY,

        Plaintiff,                       Case No. 1:21–cv–583

v.                                   Hon. Hala Y. Jarbou

MEIJER GREAT LAKES LIMITED
PARTNERSHIP,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):             Motion to Compel (ECF No. 33)
Date/Time:           February 28, 2022   11:00 AM
Magistrate Judge:   Sally J. Berens
Place/Location:     by video

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                          SALLY J. BERENS
                                          U.S. Magistrate Judge

Dated:  February 1, 2022      By:   /s/ Julie Lenon_____
                                         Judicial Assistant