UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURETTA HENRY,

       Plaintiff,                          Case No. 1:21–cv–583

v.                                   Hon. Hala Y. Jarbou

MEIJER GREAT LAKES LIMITED
PARTNERSHIP,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel (ECF No. 45) |
| Date/Time: | February 28, 2022   11:00 AM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | by video |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

*Video conference information previously filed will remain the same (ECF No. 40).*

                                                SALLY J. BERENS
                                                U.S. Magistrate Judge

Dated:  February 14, 2022        By:   /s/ Julie Lenon
                                                     Judicial Assistant