# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:21-cv-00583-HYJ | 2/28/2022 | 11:26 AM – 1:03 PM | Sally J. Berens |

## CASE CAPTION

Henry v. Meijer Stores Limited Partnership et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Michael N. Hanna<br>Warren Dean Astbury | Plaintiff Lauretta Henry |
| James F. Hermon | Defendant Meijer Great Lakes Limited Partnership |

## PROCEEDINGS

**NATURE OF HEARING:**

1. Defendant Meijer Great Lakes Limited Partnership's Motion to Compel Production of Documents (ECF No. 33);

2. Plaintiff's Motion to Compel Discovery (ECF No. 41); and

3. Joint Motion to Extend Scheduling Deadlines (ECF No. 54).

Order to issue

Proceedings Digitally Recorded
Deputy Clerk: J. Norton