UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURETTA HENRY, as Personal Representative for the Estate of James Henry,

    Plaintiff,

v.

MEIJER GREAT LAKES LIMITED PARTNERSHIP,

    Defendant.

Case No. 1:21-CV-00583-HYJ-SJB

Hon. Hala Y. Jarbou
Magistrate Judge Sally J. Berens

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to said relief, as evidenced by the signatures of their respective counsel below, IT IS HEREBY ORDERED THAT this matter is DISMISSED WITH PREJUDICE. No party is entitled to any award of costs or attorneys' fees in this matter.

Date: _____June 17_____, 2022

/s/ HALA Y. JARBOU
Hon. Hala Y. Jarbou
United States District Judge

On behalf of my client I stipulate to entry of this Order

Attorneys for Plaintiff:

*s/ Michael Hanna*
Michael Hanna

Attorneys for Defendant:

*s/ James F. Hermon*
James F. Hermon